| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>JULES L. ROSSI, ESQ. (1924)<br>208 MAIN STREET<br>ASBURY PARK, NJ 07712<br>T. (732) 774-5520<br>F. (732) 774-5870 Julrs7@aol.com<br>Attorney for Movant Debtor | |
| In Re:<br><br>FFH PROPERTIES, LLC,<br>Debtor | CASE NO. 14-33147-KCF<br>CHAPTER 11<br>JUDGE: Kathryn C. Ferguson<br>HEARING: 02/10/2015 –10A.M. |

To: Parties on Certification of Service

### DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING THE PUBLIC AUCTION SALE OF 243 BROADWAY, LONG BRANCH, NJ FREE AND CLEAR OF LIENS AND ENCUMBRANCES, VALID LIENS AND ENCUMBRANCES TO ATTACH TO THE PROCEEDS OF THE SALE, ETC.

**PLEASE NOTICE THAT** Jules L. Rossi, Esq., on behalf of Debtor shall apply to the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608, specifically to the Honorable Judge Ferguson, who sits in courtroom # 2, at 10 a.m. on the 10th day of February 2015 for an order approving Debtor's sale of commercial real estate located at 243 Broadway, Long Branch, NJ, 07740, free and clear of liens and encumbrances, valid liens and encumbrances shall attach to the proceeds of the sale and authorizing the payment of commissions and authorizing Debtor's closing attorney to make usual adjustments at the time of the closing.

Oral argument is waived unless the Court or any interested party requests oral argument.

Debtor relies on the accompanying certification. A form of order is herewith submitted.

Your rights may be affected. You should read these papers carefully and discuss these papers with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to enter the order which the moving party seeks to obtain, or if you want the court to consider your views on the motion, then on or before seven (7) days before the return date of this motion, you or your attorney must:

File with the court a written request for hearing or, if the court requires a written response, or an answer, explaining your position at:

>Clerk of United States Bankruptcy Court
>District of New Jersey
>402 East State Street,
>Trenton, NJ 08608

If you mail your request or response or other answering papers to the court for filing, you must also mail your papers early enough so that the court will receive your submissions on or before the date stated above.

You must also mail a copy of all your submissions to the court to the following:

>Jules L. Rossi, Esq.
>208 Main Street
>Asbury Park New Jersey 07712

You must attend the hearing scheduled to be held on the 10th day of February, 2015 at 10 A.M. in Courtroom No. 2, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608

There may be other steps you are required to take to oppose this motion but you must check the local rules or a court order, if there is one.

If you or your attorney did not take the steps, the court may decide that you do not oppose relief sought in the motion and the court may enter an order granting the relief.

Please take further notice that a proposed order is submitted with this motion. Movement submits that due to the routine nature of this motion and the relief sought, no brief is necessary.

1/9/2015                                                            /s/ Jules L. Rossi
                                                                    Jules L. Rossi